JS-6

1  LOCKE LORD LLP
2  Regina J. McClendon (SBN 184669)
   rmcclendon@lockelord.com
3  James C. Magid (SBN 233043)
4  james.magid@lockelord.com
   44 Montgomery Street, Suite 4100
5  San Francisco, CA 94104
6  Telephone:  (415) 318-8810
   Fax:  (415) 676-5816
7
8  LOCKE LORD LLP
   Matthew B. Nazareth (SB 278405)
9  mnazareth@lockelord.com
10 300 S. Grand Avenue, Suite 2600
   Los Angeles, CA  90071
11 Telephone:  (213) 485-1500
   Fax:  (213) 485-1200
12
13 Attorneys for Defendant
   U.S. Bank National Association
14

**Locke Lord LLP**
44 Montgomery Street, Suite 4100
San Francisco, CA  94104

15            UNITED STATES DISTRICT COURT

16            CENTRAL DISTRICT OF CALIFORNIA

17

18 VINCENT TAYLOR EXECUTOR OF          ) CASE NO.:  CV 15-2782-GW(Ex)
   ESTATE FOR DAVID ANDERSON AND       )
19 HENRIETTA ANDERSON,                 ) **JUDGMENT OF DISMISSAL**
                                       )
20              Plaintiff,             )
                                       )
21                                     )
       vs.                            )
22                                     )
                                       )
23 U.S. BANK, N.A., NATIONAL DEFAULT   ) Complaint Filed:  February 6, 2015
24 SERVICING CORPORATION, and DOES 1   )
   to 100, INCLUSIVE,                  )
25                                     )
                                       )
26              Defendants.            )
                                       )
27 _____)

28

                              1
─────────────────────────────────────────────────

On May 28, 2015, this Court entered an order granting the motion of defendant U.S. Bank National Association (hereinafter "U.S. Bank" or "Defendant") to dismiss the complaint of plaintiff Vincent Taylor Executor of Estate for David Anderson and Henrietta Anderson ("Plaintiff") for failure to state a claim pursuant to Rule 12(b) of the Federal Rules of Civil Procedure.  The Court's order granted Plaintiff up to and including June 18, 2015 to file a first amended complaint.  Plaintiff did not file a first amended complaint.

Further, there is no evidence in the Court records that Plaintiff has served defendant National Default Servicing Corporation with the summons and complaint.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action is dismissed with prejudice.  It is further ordered that judgment be entered in favor of  Defendants and against Plaintiff as to each and every cause of action in this action, and that Plaintiff take nothing by way of his claims.  All hearings are vacated and taken off-calendar.

IT IS SO ORDERED.

Dated:  June 24, 2015

_____
GEORGE H. WU, U.S. District Judge

Locke Lord LLP
44 Montgomery Street, Suite 4100
San Francisco, CA  94104